IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

      Plaintiffs,

vs.                                    Case No. 1:12-cv-23845

WTS PARADIGM, LLC,

      Defendant.
_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited, hereby notify this Court and all parties that they voluntarily dismiss, **with prejudice**, all claims against Defendant, with all parties to bear their own costs and attorneys' fees.

Dated: November 19, 2012.                        Respectfully submitted,

                                                                   /s/ William R. McMahon
                                                                   William R. McMahon, Esquire
                                                                   Florida Bar Number: 39044
                                                                   McMahon Law Firm, LLC
                                                                   11435 West Palmetto Park Road
                                                                   Suite E
                                                                   Boca Raton, Florida 33428
                                                                   Telephone: 561-218-4300
                                                                   Facsimile: 561-807-5900
                                                                   E-Mail: bill@mlfllc.com
                                                                   **Attorney for Plaintiffs**